JPN EARTH HAULING, INC., ETC., ET AL. v. TOWNSHIP OF
HAMILTON, ET AL.

July 11, 1989.

Petition for certification denied.

ARTHUR STIER, MAYOR, ET AL. v. TIMOFAI SANITATION CO.,
INC.

July 11, 1989.

Petition for certification denied.

DOMINICK R. LORDI, ET AL. v. CAPITAL CITIES COMMUNICA-
TIONS, INC.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS CALDERÓN.

July 11, 1989.

Petition for certification denied.